## 52206. In re NEWMAN.

QUILLIAN, Judge.
Appeal was taken from a final order of adoption by the natural father of the adopted child. *Held:*

The evidence was sufficient: (1) to show an abandonment under Code Ann. § 74-403 (2) (Ga. L. 1941, pp. 300, 301; 1950, pp. 289, 290; 1957, p. 367; 1960, pp. 791, 792; 1967, pp. 107, 108) by the natural father, (see *Nix v. Sanders,* 136 Ga. App. 859 (223 SE2d 21)), and (2) to sustain the order granting the adoption.

*Judgment affirmed. Deen, P. J., and Webb, J., concur.*

SUBMITTED MAY 5, 1976 — DECIDED JUNE 24, 1976.

*John D. Watkins,* for appellant.
*Albert Ingram, Richard L. Powell,* for appellee.